UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

M.B. ON BEHALF OF N.H. ET AL.,
              Plaintiffs,        21-cv-7890 (JGK)

     - against -             ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,
              Defendant.
---

JOHN G. KOELTL, District Judge:

    The time for the defendant to file a response to the Proposed Order to Show Cause for a Preliminary Injunction is **November 1, 2021**. The time for the plaintiff to reply is **November 5, 2021**.

SO ORDERED.
Dated:    New York, New York
           October 20, 2021

                                          _____
                                          John G. Koeltl
                                        **United States District Judge**