

| | | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DAVID S. THAYER<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

June 23, 2022

*Via ECF*

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
6/24/22
John G. Koeltl, U.S.D.J.

Re: **M.B., *et al.* v. N.Y.C. Dep't of Educ., *et al.*, Case No. 21 CV 7890 (JGK)**

Dear Judge Koeltl:

       I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action. With the consent of Plaintiffs' counsel, I write to respectfully request an extension, until July 8, 2022, of the parties' time to submit a proposed case management plan and Rule 26(f) plan to the Court.

       As the Court is aware, in the parties' June 15, 2022 joint status letter, Plaintiffs indicated that they wish to progress to discovery in this action and sought leave to file a proposed case management plan and a Rule 26(f) report on June 23, 2022, a request which the Court endorsed. (ECF No. 38.) Since the filing of that joint status letter, however, counsel for the parties have both attempted to contact each other to discuss these documents but were unable to connect to do so. Indeed, for my part, a number of urgent professional matters have arisen to which I have been attending since my return from an overseas trip last week. With that in mind, and cognizant of the upcoming Independence Day holiday weekend, I respectfully request an extension of the parties' time to submit a proposed case management plan and Rule 26(f) plan to July 8, 2022. In the meantime, counsel for the parties continue to discuss whether an amicable resolution of this action can be reached.

       This is the Defendants' first request for an extension of time by which to file these documents. As indicated, Plaintiffs' counsel has graciously consented to this request.

I thank the Court for its consideration of this request.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
Benjamin O. Brown, Esq.
Gina DeCrescenzo, P.C.
180A S Broadway, Ste 100
White Plains, NY 10605
*Counsel for Plaintiffs*